# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |

**This document relates to:**
*Barbara Ross v. Johnson & Johnson, and Johnson & Johnson Consumer Companies, Inc. and Imerys Talc America, Inc. F/K/A Luzenac America, Inc. Personal Care Products Counsel (PCPC) F/K/A Cosmetic Toiletry and Fragrance Association (CTFA),*
**N.D. Illinois, Case No: 1:16-CV-07293**

## PLAINTIFF BARBARA ROSS'S VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCT COUNCIL

**COMES NOW** Plaintiff, **BARBARA ROSS,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby gives notice of her voluntary dismissal with prejudice of Defendant **PERSONAL CARE PRODUCTS COUNCIL** ("PCPC").  Plaintiff originally filed her Complaint in the U.S. District Court for the Northern District of Illinois on July 18, 2016 and subsequently filed the Amended Complaint in the above-noted MDL on November 17, 2016.  Defendant PCPC has neither been served in this action nor filed a response to the Complaint or Amended Complaint. This case shall continue as to the other defendants.

Dated:   January 31, 2017

Respectfully submitted,

*/s/ Ken Moll*
Ken Moll
**MOLL LAW GROUP**
401 N. Michigan Avenue, 12th Floor
Chicago, Illinois  60611
Phone: (312) 462-1700
Facsimile: (312) 756-0045
*kmoll@molllawgroup.com*

Kurt Hyzy
THE LAW GROUP, LTD.
135 S. LaSalle Street, Suite 3950
Chicago, Illinois  60603
Phone: (312) 558-6444
Facsimile: (312) 558-1112
*kdh@thelawgroupltd.com*

*Attorneys for Plaintiff*

2